# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELRADER BROWNING, III,<br><br>    Plaintiff,<br><br>    v.<br><br>FITZPATRICK, et al.,<br><br>    Defendants. | No. 1:21-cv-01751 JLT GSA (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. 12) |

Plaintiff, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 11, 2025, the magistrate judge issued Findings and Recommendations that this action proceed on Plaintiff's Eighth Amendment excessive force claims against Defendants Renteria, Arreola, and Haddad, and that all other claims against all other defendants be dismissed. (Doc. 12.) The Court advised Plaintiff that the "failure to file objections within the specified time may result in the waiver of rights on appeal." (*Id*. at 9, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).) Plaintiff did not file objections, and the time to do so has passed.

According to 28 U.S.C. § 636(b)(1)(C), this Court performed a de novo review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1

1. The Findings and Recommendations issued July 11, 2025 (Doc. 12) are **ADOPTED IN FULL**.
2. This action shall **PROCEED** on Plaintiff's Eighth Amendment excessive force claims against Defendants Renteria, H. Arreola, and A. Haddad.
3. All other claims and all other Defendants identified in this matter are **DISMISSED**.

IT IS SO ORDERED.

Dated: __August 10, 2025__          /s/ Jennifer L. Thurston
                                    UNITED STATES DISTRICT JUDGE

2