UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELRADER BROWNING, III,<br><br>        Plaintiff,<br><br>v.<br><br>FITZPATRICK, *et al.*,<br><br>        Defendants. | 1:21-cv-01751-JLT-FRS (BAM) (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO PRODUCE PLAINTIFF **ELRADER BROWNING, III, CDC #T-35294, <u>BY VIDEO CONFERENCE (VIA ZOOM)</u>**<br><br>DATE: March 18, 2026<br>TIME:  10:00 a.m. |

Elrader Browning, III, inmate, CDC #T-35294, a necessary and material witness on his own behalf in a settlement conference in this case on March 18, 2026, is confined at Salinas Valley State Prison, in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate **to appear by video conference (via Zoom)** before Magistrate Judge Jeremy D. Peterson, on March 18, 2026, at 10:00 a.m.

      **ACCORDINGLY, IT IS ORDERED that:**

      1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, **along with any necessary legal property, to appear by video conference (via Zoom)** at the time and place above, until completion of settlement proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

      2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: The Warden of Salinas Valley State Prison**

      **WE COMMAND** you to produce the inmate named above, **along with any necessary legal property, to appear by video conference (via Zoom)** at the time and place above, and from day to day until completion of settlement proceedings, or as ordered by the court; and thereafter to return the inmate to the above institution.

      **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:  **February 17, 2026**

                                        STANLEY A. BOONE
                                        United States Magistrate Judge

