UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELRADER BROWNING, III | Case No.  1:21-cv-1751-JLT-FJS (P) |
| Plaintiff, | |
| v. | ORDER |
| H. ARREOLA, *et al.*, | |
| Defendants. | |

This case settled on March 18, 2026, ECF No. 27, and, on March 30, 2026, the parties filed a stipulation for voluntary dismissal with prejudice, ECF No. 29.  On April 10, 2026, plaintiff filed a motion to enforce the settlement, ECF No. 31, wherein he argues that he has not received the funds that he agreed to settle the case in exchange for.  He filed another motion stating the same on April 29, 2026.  ECF No. 32.  I conducted the settlement proceedings and, therefore, will address the motions.  Typically, a transfer of funds is done within 180 days.  That time has not yet elapsed, and, accordingly, plaintiff's motions are premature.

1

It is, therefore, ORDERED that plaintiff's motions to enforce settlement, ECF No. 31 & 32, are DENIED as premature.

IT IS SO ORDERED.


Dated:    May 5, 2026                                    _____
                                                        JEREMY D. PETERSON
                                                        UNITED STATES MAGISTRATE JUDGE