UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELRADER BROWNING, III,<br>Plaintiff,<br>v.<br>H. ARREOLA, et al.<br>Defendants. | Case No. 1:21-cv-1751-JLT-FJS (P)<br><br>ORDER |

On March 18, 2026, I conducted a settlement conference, and the case settled. ECF No. 27. Since then, plaintiff has filed several motions to enforce the settlement, the first two of which, ECF Nos. 31 & 32, I denied as premature, ECF No. 33. On September 22, 2026, plaintiff filed another motion to enforce the settlement, alleging that he still has not received the settlement funds. ECF No. 34.

Accordingly, it is ORDERED that, within seven days of this order's entry, defendants shall respond to plaintiff's motion to enforce settlement, ECF No. 34, and apprise him, and the court, of the status of the allegedly outstanding funds.

IT IS SO ORDERED.

Dated: October 9, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE