IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ELRADER BROWNING, III,**<br>Plaintiff,<br>**v.**<br>**H. ARREOLA, et al.,**<br>Defendants. | Case No. 1:21-cv-01751-JLT-FRS<br><br>**[~~PROPOSED~~] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO MODIFY THE DEADLINE TO RESPOND TO PLAINTIFF'S MOTION TO ENFORCE THE SETTLEMENT (ECF No. 34)** |

Defendants Haddad, Renteria and Arreola ("Defendants") moved the Court to modify the deadline to respond to Plaintiff's motion to enforce the settlement by seven (7) days to October 23, 2026. The Court has read and considered Defendant's motion and the accompanying declaration of counsel and finds that good cause exists to grant the motion.

Accordingly, Defendant's motion is **GRANTED**. The deadline to respond to Plaintiff's motion to enforce the settlement (ECF No. 34) is extended seven (7) days to October 23, 2026.

IT IS SO ORDERED.

Dated: October 20, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE